**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN HAGAN,[1] <br><br>            Plaintiff, <br><br>      v. <br><br> RAUL RECAREV, et al., <br><br>            Defendants. | No.  1:22-cv-00562 JLT EPG (PC) <br><br> ORDER RELATING CASES |
| KEVIN HAGAN,[2] <br><br>            Plaintiff, <br><br>      v. <br><br> DR. GRACE WOO, et al., <br><br>            Defendants. | No.  1:25-cv-00116 GSA (PC) <br><br> ORDER RELATING AND REASSIGNING ACTION |

    Examination of the above-entitled actions reveals that the matters are related within the meaning of Local Rule 123(a).  The actions involve similar questions of fact regarding an alleged failure provide pain medication and failure to provide adequate medical care for a chronic back injury, and concern the same questions of law.  *Compare Hagan I*, Doc. 29 (third amended complaint), *with Hagan II*, Doc. 1 (complaint).  Therefore, it would entail a substantial

---

[1] Hereinafter referred to as "*Hagan I*."
[2] Hereinafter referred to as "*Hagan II*."

duplication of effort if these cases were to be heard by different judges.  *See* Local Rule 123(a)(3)-(4).

The parties should be aware that relating the cases under Local Rule 123 merely assigns the actions to the same judge.  No consolidation of the actions occurs.

Accordingly, IT IS HEREBY ORDERED that:

1.  The matter *Hagan v. Woo*, No. 1:25-cv-00116 GSA is REASSIGNED to District Judge Jennifer L. Thurston and Magistrate Erica P. Grosjean for all further proceedings.

2.  Henceforth, the caption on documents filed in the reassigned case shall be shown as *Hagan v. Woo*, No. 1:25-cv-00116 JLT EPG.

IT IS FURTHER ORDERED that the Clerk of Court shall make the appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:   **January 30, 2025**

_____
UNITED STATES DISTRICT JUDGE