UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN HAGAN,<br><br>  Plaintiff,<br><br>  v.<br><br>DR. GRACE WOO, et al.,<br><br>  Defendants. | No. 1:25-cv-00116-JLT-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING THAT THIS ACTION BE DISMISSED FOR FAILURE TO STATE A CLAIM<br><br>(Doc. 16) |

Kevin Hagan is proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. On January 28, 2025, Plaintiff filed an initial complaint alleging that he was denied proper medical care while incarcerated and that CDCR was retaliating against him for his prior lawsuits. (Doc. 1.) On June 24, 2025, the Court screened Plaintiff's complaint, found that the complaint failed to state any cognizable claims, and gave Plaintiff leave to file an amended complaint. (Doc. 12.) On August 22, 2025, Plaintiff filed a first amended complaint (Doc. 15.), which the Court screened and found to fail to state a claim. (Doc. 16.)

On October 29, 2025, the assigned magistrate judge issued Findings and Recommendations recommending dismissing this action for failure to state a claim. (Doc. 16.) The Court served the Findings and Recommendations on Plaintiff and informed him that objections were due in 30 days. (*Id.* at 9.) Plaintiff was further is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. (*Id.* (*citing*

1

*Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) No objections were filed and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Thus, the Court **ORDERS**:

1. The findings and recommendations issued on October 29, 2025, are **ADOPTED IN FULL**. (Doc. 16.)
2. This action is dismissed, with prejudice, for failure to state a cognizable claim upon which relief may be granted; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **December 31, 2025**

UNITED STATES DISTRICT JUDGE

2